UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20017-CR-WILLIAMS(s)

UNITED STATES OF AMERICA

v.

NADIM GUZMAN,

    **Defendant.**
_____/

**MOTION FOR REDUCTION OF SENTENCE PURSUANT
TO FED. R. CRIM. P. 35(b)(1)**

Pursuant to Rule 35(b)(1) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for a thirty three percent (33%) reduction in the sentence of the defendant, Nadim Guzman, in order to reflect his substantial assistance in the prosecution of the above-captioned matter. In support thereof, the government states the following:

    1.    The defendant was targeted in a narcotics conspiracy investigation. The defendant cooperated with authorities and testified as one of the government's witnesses at trial and sentencing proceedings.

    2.    The United States will provide additional details regarding the defendant's cooperation should the Court authorize a resentencing hearing.

    3.    Based on the defendant's cooperation, the United States submits that Guzman's substantial assistance entitles him to a sentencing reduction under Rule 35(b)(1) of the Federal Rules of Criminal Procedure.

## CONCLUSION

Based on the defendant's above-described cooperation, the United States respectfully recommends that this Court reduce the defendant's sentence of one hundred eight months' imprisonment by thirty three percent (33%).

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
       Ignacio J. Vázquez, Jr.
       Assistant United States Attorney
       Florida Bar No. 16275
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel: (305) 961-9318
       Fax: (305) 530-7976
       ignacio.vazquez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 4, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

       /s/ Ignacio J. Vázquez, Jr.
       Ignacio J. Vázquez, Jr.
       Assistant United States Attorney